# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-05948 VAP (DFM) | Date | May 9, 2018 |
| Title | Alexander R. Sinclair v. Unknown Defendants | | |

Present: The Honorable  Douglas F. McCormick

| Denise Vo | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order to Show Cause re: Dismissal for Lack of Prosecution

Plaintiff filed his Complaint on August 10, 2017, without prepayment of the filing fees or requesting to proceed in forma pauperis. See Dkt. 1, 2. On September 20, 2017, the Court directed the Clerk to send Plaintiff blank copies of the Court's form CV-60P, a request to proceed without prepayment of filing fees with declaration in support, as well as a blank civil rights complaint. Dkt. 4. The Court ordered Plaintiff to submit a completed CV-60P within 21 days of the date of that order. Id.

Plaintiff did not file the completed CV-60P form by the deadline. Nor has Plaintiff sought an extension of time in which to do so. Plaintiff's failure to take any action for over seven months evidences a failure to prosecute. Accordingly, on or before May 31, 2018, Plaintiff is ORDERED to show good cause in writing why the Court should not dismiss this action for failure to prosecute. **Plaintiff is expressly warned that if he fails to file a timely response to this Order, the Court may recommend dismissal of this action for lack of prosecution.**

:

Initials of Clerk:  dv