UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEXANDER R. SINCLAIR,<br><br>        Plaintiff,<br><br>        v.<br><br>UNKNOWN,<br><br>        Defendant. | No. CV 17-05948-VAP (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that this entire action is dismissed without prejudice for failure to prosecute.

Dated: November 09, 2018

*Virginia A. Phillips*
_____
VIRGINIA A. PHILLIPS
Chief United States District Judge